UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SEPULVEDA,<br><br>Plaintiff,<br><br>v.<br><br>WEI ZHONG GUO, et al.,<br><br>Defendants. | Case No. 22-cv-04208-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on April 4, 2023. Having considered the parties' proposals, *see* Dkt. No. 45, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | October 31, 2023 |
| Exchange of Opening Expert Reports | October 31, 2023 |
| Exchange of Rebuttal Expert Reports | November 14, 2023 |
| Close of Expert Discovery | November 21, 2023 |
| Dispositive Motion Filing Deadline | December 18, 2023 |
| Dispositive Motion Hearing Deadline | January 18, 2024, at 2:00 p.m. |
| Pretrial Conference | April 9, 2024, at 3:00 p.m. |
| Jury Trial (3 days) | April 29, 2024 at 8:30 a.m. |

//

//

//

//

1  These dates may only be altered by order of the Court and only upon a showing of good
2  cause.  The parties are directed to review and comply with this Court's standing orders.  This order
3  terminates Docket No. 45.

**IT IS SO ORDERED.**

Dated: 4/17/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge